**AT-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Matthew C. Bate (pro hac vice)<br>Lev Tsukerman (SBN: 319184)<br>Winston & Strawn LLP<br>333 S. Grand Ave., 38th Floor, Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 615-1700   FAX NO. *(Optional)*: (213) 615-1750<br>E-MAIL ADDRESS *(Optional)*: mcbate@winston.com; ltsukerman@winston.com<br>ATTORNEY FOR *(Name)*: Plaintiff SKAZZI3 CAPITAL LIMITED | |

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Edward J. Schwartz U.S. Courthouse

PLAINTIFF: SKAZZI3 CAPITAL LIMITED

DEFENDANT: PATHWAY GENOMICS CORPORATION

| APPLICATION FOR<br>☒ RIGHT TO ATTACH ORDER    ☐ TEMPORARY PROTECTIVE ORDER<br>☒ ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT<br>☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT<br>   ☒ After Hearing    ☐ Ex Parte<br>   ☐ Against Property of Nonresident | CASE NUMBER:<br>18-CV-00317-BEN-KSC |
|---|---|

1. Plaintiff *(name)*: SKAZZI3 CAPITAL LIMITED
   applies  ☒ after hearing  ☐ ex parte  for
   a. ☒ a right to attach order and writ of attachment.
   b. ☐ an additional writ of attachment.
   c. ☐ a temporary protective order.
   d. ☐ an order directing the defendant to transfer to the levying officer possession of
      (1) ☐ property in defendant's possession.
      (2) ☐ documentary evidence in defendant's possession of title to property.
      (3) ☐ documentary evidence in defendant's possession of debt owed to defendant.

2. Defendant *(name)*: PATHWAY GENOMICS CORPORATION
   a. ☐ is a natural person who
      (1) ☐ resides in California.
      (2) ☐ does not reside in California.
   b. ☒ is a corporation
      (1) ☒ qualified to do business in California.
      (2) ☐ not qualified to do business in California.
   c. ☐ is a California partnership or other unincorporated association.
   d. ☐ is a foreign partnership that
      (1) ☐ has filed a designation under Corporations Code section 15800.
      (2) ☐ has not filed a designation under Corporations Code section 15800.
   e. ☐ is other *(specify)*:

3. Attachment is sought to secure recovery on a claim upon which attachment may issue under *(check one)*:
   ☒ Code of Civil Procedure section 483.010    ☐ Welfare and Institutions Code section 15657.01.

4. Attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

5. Plaintiff has no information or belief that the claim is discharged or the prosecution of the action is stayed in a proceeding under title 11 of the United States Code (Bankruptcy).

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>AT-105 [Rev. July 1, 2010]<br>**APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**<br>Code of Civil Procedure, §§ 482.030, 484.010 et seq.; Welfare. & Institutions. Code, § 15657.01<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkFlow.com

AT-105

| SHORT TITLE: SKAZZI3 CAPITAL LIMITED v. PATHWAY GENOMICS CORPORATION | CASE NUMBER: 18-CV-00317-BEN-KSC |
|---|---|

6. a. ☐ Plaintiff's claim or claims arise out of conduct by the defendant who is a natural person of a trade, business, or profession. The claim or claims are not based on the sale or lease of property, a license to use property, the furnishing of services, or the loan of money where any of the foregoing was used by the defendant primarily for personal, family, or household purposes.

   b. ☐ Plaintiff's claim or claims arise out of conduct of a natural person who or an entity that has taken, secreted, appropriated, obtained or retained, or assisted in taking, secreting, appropriating, obtaining, or retaining real or personal property of an elder or dependent adult for a wrongful use, with intent to defraud, or by using undue influence.

7. The facts showing plaintiff is entitled to a judgment on the claim up on which the attachment is based are set forth with particularity in the
   a. ☐ verified complaint.
   b. ☒ attached affidavit or declaration.
   c. ☐ following facts *(specify)*:

8. The amount to be secured by the attachment is: $442,670.25
   a. ☒ which includes estimated costs of: $
   b. ☒ which includes estimated allowable attorney fees of: $

9. Plaintiff is informed and believes that the following property sought to be attached for which a method of levy is provided is subject to attachment:
   a. ☒ Any property of a defendant who is **not** a natural person.
   b. ☐ Any property of a nonresident defendant.
   c. ☐ Property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 *(specify)*:

   d. ☐ Property covered by a bulk sales notice with respect to a bulk transfer by defendant on the proceeds of the sale of such property *(describe)*:

   e. ☐ Plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold *(specify license number)*:

10. Plaintiff is informed and believes that the property sought to be attached is not exempt from attachment.

11. ☐ The court issued a Right to Attach Order on *(date)*:
    *(Attach a copy.)*

12. ☐ Nonresident defendant has not filed a general appearance.

AT-105 [Rev. July 1, 2010] — APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment) — Page 2 of 3

American LegalNet, Inc.
www.FormsWorkFlow.com

AT-105

| SHORT TITLE: SKAZZI3 CAPITAL LIMITED v. PATHWAY GENOMICS CORPORATION | CASE NUMBER: 18-CV-00317-BEN-KSC |
|---|---|

13. a. Plaintiff ☐ alleges on ex parte application for order for writ of attachment
☐ is informed and believes on application for temporary protective order
that plaintiff will suffer great or irreparable injury if the order is not issued before the matter can be heard on notice because
  (1) ☐ it may be inferred that there is a danger that the property sought to be attached will be
    (a) ☐ concealed.
    (b) ☐ substantially impaired in value.
    (c) ☐ made unavailable to levy by other than concealment or impairment in value.
  (2) ☐ defendant has failed to pay the debt underlying the requested attachment and is insolvent as defined in Code of Civil Procedure section 485.010(b)(2).
  (3) ☐ a bulk sales notice was recorded and published pursuant to division 6 of the Commercial Code with respect to a bulk transfer by the defendant.
  (4) ☐ an escrow has been opened under the provisions of Business and Professions Code section 24074 with respect to the sale by the defendant.
  (5) ☐ other circumstances *(specify)*:

b. The statements in item 13a are established by ☐ the attached affidavit or declaration
☐ the following facts *(specify)*:

14. ☐ Plaintiff requests the following relief by temporary protective order *(specify)*:

15. Plaintiff
  a. ☒ has filed an undertaking in the amount of: $10,000
  b. ☐ has not filed an undertaking.

Date: June 14, 2018

Lev Tsukerman                                    ▶ /s/ Lev Tsukerman
(TYPE OR PRINT NAME OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)    (SIGNATURE OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)

## DECLARATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 14, 2018

Lev Tsukerman                                    ▶ /s/ Lev Tsukerman
(TYPE OR PRINT NAME)                             (SIGNATURE OF DECLARANT)

16. Number of pages attached: 2

AT-105 [Rev. July 1, 2010]    **APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**    Page 3 of 3

American LegalNet, Inc.
www.FormsWorkFlow.com

**AT-135**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Matthew C. Bate (pro hac vice)<br>Lev Tsukerman (SBN: 319184)<br>Winston & Strawn LLP<br>333 S. Grand Ave., 38th Floor, Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 615-1700<br>E-MAIL ADDRESS *(Optional):* mcbate@winston.com  FAX NO. *(Optional):* (213) 615-1750<br>ATTORNEY FOR *(Name):* Petitioner SKAZZI3 CAPITAL LIMITED | |

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Edward J. Schwartz U.S. Courthouse

PLAINTIFF: SKAZZI3 CAPITAL LIMITED

DEFENDANT: PATHWAY GENOMICS CORPORATION

| WRIT OF ATTACHMENT<br>☒ AFTER HEARING  ☐ EX PARTE | CASE NUMBER:<br>3:18-CV-00317-BEN-KSC |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF:

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):*
   Pathway Genomics Corporation

   and the attachment is to secure: $ 442,670.25

4. Name and address of plaintiff: SKAZZI3 Capital Limited, Rooms 2107-08 21/F, Kai Tak Commercial Bld, 317-319 Des Voeux Road, Central, Hong Kong, China.

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
   See Schedule A.

   ☒ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

7. ☐ The real property on which the
   ☐ crops described in item 5_____ are growing
   ☐ timber described in item 5_____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: _____  Clerk, by _____, Deputy

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-135 [Rev. January 1, 2003] | **WRIT OF ATTACHMENT**<br>**(Attachment)** | Code of Civ. Proc., § 488.010<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

## SCHEDULE A

Set out below is a non-exhaustive list of corporate property of the Defendant Pathway Genomics Corporation which is subject to attachment pursuant to subdivision (a) of Section 487.010 of the California Code of Civil Procedure:

1) All monies, up to $442,670.25, held in any bank accounts or financial institutions for Pathway Genomics Corporation, including the following bank accounts:

- a) Account Name: Pathway Genomics Corporation
  Account Number: 5333743978
  Bank Name: Wells Fargo Bank, N.A.
  Bank Address: 420 Montgomery St., San Francisco, CA 94104

- b) Account Name: Pathway Genomics Corporation
  Account Number: 0000007833432144
  Bank Name: Wells Fargo Bank, N.A.
  Bank Address: 420 Montgomery St., San Francisco, CA 94104 .

- c) Account Name: Pathway Genomics Corporation
  Bank Name: US Bank, N.A.
  Bank Address: 600 W. Broadway, San Diego, CA 92101

2) All accounts receivable arising out of the Defendant's trade with any of the following third parties and/or any of their respective subsidiaries and/or affiliates:

- a) Humana Inc.
- b) BlueCross BlueShield Kansas City
- c) Anthem, Inc.
- d) HealthPartners, Inc.
- e) Summa Insurance Company
- f) Cambia Health Solutions, Inc.
- g) MPV Health Care, Inc.
- h) Aetna Inc.
- i) Defense Health Agency