

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKAZZI3 CAPITAL LIMITED,<br><br>Petitioner,<br><br>v.<br><br>PATHWAY GENOMICS CORPORATION,<br><br>Respondent. | Case No.: 18cv317-BEN(KSC)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION TO FILE A MOTION TO COMPEL [Doc. No. 60];**<br><br>**ORDER SETTING A DEADLINE FOR RESPONDENT TO OPPOSE/ RESPOND TO PLAINTIFF'S MOTION TO COMPEL [Doc. No. 61.]** |

On February 8, 2018, petitioner SKAZZI3 Capital Limited filed a Petition to Enforce Arbitration Award against respondent Pathway Genomics Corporation. [Doc. No. 1.] The Petition seeks to enforce a final judgment against respondent that was entered by the District Court on December 26, 2018. [Doc. No. 60, at p. 2.]

Before the Court is petitioner's *Ex Parte* Application to File a Motion to Compel Discovery [Doc. No. 60] and petitioner's Notice of Lodgment, including a proposed Motion to Compel [Doc. No. 61-1, at pp. 1-10]. In the *Ex Parte* Application, petitioner requests an order allowing the filing of a Motion to Compel. The reason for the request is that respondent only served objections to all of petitioner's interrogatories and document

requests without providing any substantive responses and then failed to cooperate in the meet and confer process despite several attempts by petitioner. [Doc. No. 60, at pp. 2-4.] The *Ex Parte* Application requests that the Court permit petitioner to file a Motion to Compel even though it has not been able to satisfy the meet and confer requirements. [*Id.*]

Good cause appearing, the Court finds that petitioner's *Ex Parte* Application to file a Motion to Compel must be GRANTED. The Motion to Compel submitted with plaintiff's Notice of Lodgment, as well as the accompanying Declaration and exhibits [Doc. Nos. 61-1, 61-2, and 61-3], are deemed to have been filed as of December 23, 2019, the date they were lodged with the Court. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Respondent's objections to petitioner's discovery requests are overruled.

2. ***No later than January 31, 2020***, respondent must either file and serve an opposition to petitioner's Motion to Compel or must provide the Court with proof that respondent served petitioner with substantive responses to petitioner's Interrogatories (Set One) and petitioner's Request for Production of Documents (Set One).

IT IS SO ORDERED.

Dated: January 7, 2020

Hon. Karen S. Crawford
United States Magistrate Judge